No. 00–1456.  COFFEY v. MCNAIR ET AL.  C. A. 7th Cir.  Certiorari granted, judgment vacated, and case remanded for further

consideration in light of *Saucier* v. *Katz, ante,* p. 194.